IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MISTY KEHRER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )  No. 05-1330-T |
| | ) |
| NESTAWAY, a division of Axia, Inc., | ) |
| | ) |
| Defendant. | ) |

ORDER OF TRANSFER

This action is hereby transferred to the Honorable J. Daniel Breen, United States District Judge, for further proceedings. The case will remain an Eastern Division case.

IT IS SO ORDERED.

_JAMES D. TODD_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_6 December 2005_
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 1:05-CV-01330 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Justin Gilbert
GILBERT & RUSSELL LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Michael L. Russell
GILBERT & RUSSELL LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable J. Breen
US DISTRICT COURT